ACCEPTED
15-25-00023-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
3/6/2025 4:50 PM
CHRISTOPHER A. PRINE
CLERK

Cause No. DC-25-01823

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
3/6/2025 4:50:15 PM
CHRISTOPHER A. PRINE
Clerk

| | | |
|---|---|---|
| Nonparty Patient No. 1, | § | IN THE DISTRICT COURT OF |
| Nonparty Patient No. 2, | § | |
| Nonparty Patient No. 3, | § | |
| Nonparty Patient No. 4, | § | |
| Nonparty Patient No. 5, | § | |
| Nonparty Patient No. 6, | § | |
| Nonparty Patient No. 7, and | § | DALLAS COUNTY, TEXAS |
| Nonparty Patient No. 8, | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | |
| | § | |
| The State of Texas, | § | |
| *Defendant*. | § | 95TH JUDICIAL DISTRICT |

### THE STATE OF TEXAS'S NOTICE OF APPEAL

Pursuant to Texas Rules of Appellate Procedure 25.1(a) and 26.1(b), Defendant the State of Texas gives notice of an appeal of the trial court's oral denial of Defendants' Plea to the Jurisdiction and Plea in Abatement on March 6, 2025.

The State is entitled to an interlocutory appeal pursuant to Civil Practice and Remedies Code § 51.014(a)(8), which allows for an immediate appeal from an order that denies a plea to the jurisdiction.

The State appeals to the Fifteenth Court of Appeals. This is an accelerated appeal as provided by Texas Rule of Appellate Procedure 28.1. This is not a parental termination or child protection case, as defined in Rule 28.4.

**Pursuant to Texas Civil Practice and Remedies Code § 51.014(b), all further proceedings in this court are stayed pending resolution of the State's appeal.** This interlocutory appeal meets all the prerequisites for the automatic stay to apply. *See* Tex. Civ. Prac. & Rem. Code § 51.014(a)(8), (b), (c)(1). Pursuant to Tex. Civ. Prac. & Rem. Code § 6.001, as

governmental officers, Defendants are not required to file a supersedeas bond for court costs. The State's appeal is therefore perfected upon the filing of the notice of appeal.

Dated: March 6, 2025

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

*/s/ Johnathan Stone*
JOHNATHAN STONE
Chief, Consumer Protection Division
State Bar No. 24071779

ROB FARQUHARSON
Assistant Attorney General
State Bar No. 24100550

Consumer Protection Division
Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711
Johnathan.Stone@oag.texas.gov
Rob.Farquharson@oag.texas.gov
Telephone: (512) 463-2185
Facsimile: (512) 473-8301

**ATTORNEYS FOR TEXAS**

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of March 2025, a copy of the foregoing document was served to all counsel of record in accordance with the Texas Rules of Civil Procedure.

/s/ Johnathan Stone
JOHNATHAN STONE
Chief, Consumer Protection Division
State Bar No. 24071779

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Pauline Sisson on behalf of Johnathan Stone
Bar No. 24071779
pauline.sisson@oag.texas.gov
Envelope ID: 98170563
Filing Code Description: Copy of Notice of Appeal
Filing Description: 20250306 States  Notice of Appeal
Status as of 3/7/2025 9:05 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Johnathan Stone | | johnathan.stone@oag.texas.gov | 3/6/2025 4:50:15 PM | SENT |
| Rob Farquharson | | rob.farquharson@oag.texas.gov | 3/6/2025 4:50:15 PM | SENT |
| David G. Shatto | | david.shatto@oag.texas.gov | 3/6/2025 4:50:15 PM | SENT |
| David Walsh | 791874 | dwalsh@katxlaw.com | 3/6/2025 4:50:15 PM | SENT |
| Abby Smith | | abby.smith@oag.texas.gov | 3/6/2025 4:50:15 PM | SENT |
| Christopher Molak | | christopher.molak@oag.texas.gov | 3/6/2025 4:50:15 PM | SENT |
| Ian Bergstrom | | Ian.Bergstrom@oag.texas.gov | 3/6/2025 4:50:15 PM | SENT |
| Amy Pletscher | | amy.pletscher@oag.texas.gov | 3/6/2025 4:50:15 PM | SENT |
| David Phillips | | DPhillips@winston.com | 3/6/2025 4:50:15 PM | SENT |
| Jamie Vargo | | JVargo@winston.com | 3/6/2025 4:50:15 PM | SENT |
| Houston Docket | | ecf_houston@winston.com | 3/6/2025 4:50:15 PM | SENT |
| Thanh Nguyen | | tdnguyen@winston.com | 3/6/2025 4:50:15 PM | SENT |
| Evan Lewis | 24116670 | edlewis@winston.com | 3/6/2025 4:50:15 PM | SENT |
| Olivia Wogon | | owogon@winston.com | 3/6/2025 4:50:15 PM | SENT |
| Jervonne Newsome | 24094869 | jnewsome@winston.com | 3/6/2025 4:50:15 PM | SENT |
| William Logan | 24106214 | wlogan@winston.com | 3/6/2025 4:50:15 PM | SENT |
| Pauline Sisson | | pauline.sisson@oag.texas.gov | 3/6/2025 4:50:15 PM | SENT |
| Emily Samuels | | emily.samuels@oag.texas.gov | 3/6/2025 4:50:15 PM | SENT |
| Melinda Pate | | melinda.pate@oag.texas.gov | 3/6/2025 4:50:15 PM | SENT |